# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 07-cr-00178-REB-01 |
| DAVID RIFFE ) | USM No: 35415-013 |
| ) | Raymond P. Moore, FPD |
| Date of Previous Judgment: October 7, 2008 ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of **X** the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   80 months   **is reduced to**   67 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   October 7, 2008,   shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:   December 13, 2011 | s/ Robert E. Blackburn |
| | *Judge's signature* |
| Effective Date: | Robert E. Blackburn, United States District Judge |
| *(if different from order date)* | *Printed name and title* |